# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

FILED
DEC 2 - 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| United States of America<br><br>v.<br><br>MICHAEL JOHN DAVIDSON,<br><br>Defendants. | Case No. 4:19-mj-71945-MAG-1 (DMR)<br><br>Charging District:<br>Eastern District of Kentucky<br><br>Charging District's Case No.:<br>3:19-cr-36-GFVT |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: U.S. District Court<br>Eastern District of Kentucky<br>101 Barr Street<br>Lexington, KY 40507 | TO APPEAR BEFORE THE CRIMINAL DUTY<br>U.S. MAGISTRATE JUDGE<br>Date and Time: December 16, 2019 12:30 p.m. |
|---|---|

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: 12/2/19

Donna M. Ryu
United States District Judge

Cc: Copy to parties via ECF; Criminal Division in US District Court, Eastern Dist. of Kentucky